**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 0 1 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Anthony Deon Allen
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Troup County JAil Medical

**3 20-CV- 66**

(Enter above the full name of the defendant(s).)

**I.    Previous Lawsuits**

A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )    No ( ✓ )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is
more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

2.    Court (name the district):

_____

_____

3.    Docket Number: _____

Rev. 12/5/07

**I. Previous Lawsuits (Cont'd)**

4. Name of judge to whom case was assigned: _____ N/A _____

5. Did the previous case involve the same facts?

    Yes ( )    No ( ✓ )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
    _____ NA _____
    _____

7. Approximate date of filing lawsuit: _____ N/A _____

8. Approximate date of disposition: _____ NA _____

**II. Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A. Place of Present Confinement: _____ Troup County jail _____

B. Is there a prisoner grievance procedure in this institution?

    Yes ( ✓ )    No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

    Yes ( )    No ( ✓ )

D. If your answer is YES:
   1. What steps did you take and what were the results?

    _____
    _____
    _____
    _____

   2. If your answer is NO, explain why not: _Due to the circumstance there is no Informal Grievance form to file within The inmate form or a Grievance procedure._

**III.    Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.    Name of Plaintiff:    Anthony Deon Allen

Address(es):    130 JAM WAlker Drive LaGrange, GA 30240-7999

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.    Defendant(s):    Medical Staff

Employed as    Troup County Jail Medical Department

at    Troup County Jail 130 JAM Walker Drive LaGrange, Ga 30240-7999

**IV.    Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Feb 5 I Anthony Allen had a physical vltercation, which Involved me Getting stabbed in My Right Upper arm. I proceeded In treing myself too WellstAr Medical Center in LaGrange Ga. Upon Arrival there the LaGrange Police WAs on the scene, Preceeded of the ChAge of AGG Assuart. The Police stich-up A stabs wombe And Relerseed Anthony Allen too LaGrange police. On Feb 14 2020 woke up in Awere posin took Allen too the Medical department at the Jail where it WAs determine that the stabb womd was infected, stayed in the infirmy pant of the Jail for Aprox A week Before Being Released

Rev. 12/5/07

**IV.    Statement of Claim (Cont'd)**

And sent Back too the dorm, I Allen complained OF looking Feeling in my right Arm. Still complained About Feeling then it Was determined By the Jail doctor that there Was A Blood Clock in Right Arm From A Stabs wormB. On March 3rd the Bump were the stabbs happen it Burst with Blood I was sent too Atlanta trama Center Where it was Determined that I had Internal Bleeding From when I was stabbed. Also have A dislocated wrist, And have Constant swelling in Arm And hand The doctor From the Jail Confirmed the dislocated wrist

---

**V.    Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

too Be compensated. Was A truck Driver, Would like too be Back too work. But Cannot Right Now due too the condition Im in Concerning my Arm. If it wasent For the Troup County Jail nurses Susan And nurse Ryan taken action At the time of the incident would have Feeling. Also Action of the Jail Doctor.

**V.     Relief (Cont'd)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed this _____ day of _____, 20____

Signature of Plaintiff

**STATE OF** _____

**COUNTY (CITY) OF** _____

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _____
(Date)

Signature of Plaintiff

Rev. 12/5/07